OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1M
0004279596
MAILED FROM ZIP CODE 78611

$ 00.26⁵
APR 23 2015

4/22/2015

ROSS, KEVIN ERIC          Tr. Ct. No. W10-60411-N(B)          WR-72,265-05

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington,* 310 S.W.3d 452  (Tex. Crim. App. 2010).

Abel Acosta, Clerk

KEVIN ERIC ROSS
TDC # 1744584

UTF

UTF released